**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DILENIA PAGUADA, *on behalf of herself and all others similarly situated*,

                     Plaintiff,

   -against-

SALONCEUTICALS, INC.,

                     Defendant.

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 9 2021

ORDER

20 Civ. 7162 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 16, 2021 to June 1, 2021 at 9:30 a.m.

Dated: March 9, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE